# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# ATHENS DIVISION

| | |
|---|---|
| **ROGER WILSON and GERRY WILSON,** | ) |
| **Plaintiffs,** | ) |
| v. | ) |
| **GEORGIA RENEWABLE POWER, LLC; GRP FRANKLIN, LLC d/b/a GRP FRANKLIN I, LLC; VEOLIA ENERGY OPERATING SERVICES, LLC; and JOHN DOE CORPORATION 1-20,** | ) Civil Action No. 3:21-cv-00045-CDL |
| **Defendants.** | ) |

## NOTICE OF SETTLEMENT

All Parties to this action, by and through counsel, hereby file this Notice of Settlement to inform the Court that all Parties have reached a settlement in principle that will resolve the above-styled case in its entirety.  Accordingly, the Parties request the Court remove this case from the Court's October trial calendar.  Upon the final execution of a full settlement and release, the Parties will submit a stipulation of dismissal pursuant to Rule 41.

The Parties further report that they have also reached settlements in principle in related cases *Dickens v. Georgia Renewable Power, LLC, et al.*, No. 3:21-cv-00065, and *Alexander et al. v. Georgia Renewable Power, LLC, et al.*, No. 3:21-cv-00046.  In light of the successful negotiation and settlement of these cases, the Parties will continue to engage in settlement talks concerning the remaining related cases.

[*Signature on Following Page*]

This 25th day of October, 2023.

/s/ *Stephen J. Rapp*
Stephen J. Rapp
(*signed with express permission by M. Anne Kaufold-Wiggins*)
Georgia Bar No. 103806
SRapp@wwhgd.com
David A. Dial
Georgia Bar No. 220329
ddial@wwhgd.com
**WEINBERG, WHEELER, HUDGINS, GUNN & DIAL, LLC**
3344 Peachtree Road, Suite 2400
Atlanta, Georgia 30326
Telephone: (404) 876-2700

*Attorney for Defendant Veolia Energy Operating Services, LLC*


/s/ *Jason B. Sanker*
(*signed with express permission by M. Anne Kaufold-Wiggins*)
Jason B. Sanker
Georgia Bar No. 142463
Michael D. McRae
Georgia Bar No. 499150
Virginia Barrow Harman
Georgia Bar No. 327225
John F. Lee Niedrach
Georgia Bar No. 152408
Linton S. Johnson, III
Georgia Bar No. 107244
**McRAE, SMITH, PEEK, HARMAN & MONROE, LLP**
111 Bridgepoint Plaza, Suite 300
Rome, Georgia 30161
Telephone: (706) 291-6223
Facsimile: (706) 291-7429
jsanker@msp-lawfirm.com
mmcrae@msp-lawfirm.com
vharman@msp-lawfirm.com
lniedrach@msp-lawfirm.com
ljohnson@msp-lawfirm.com

*Attorney for Plaintiffs*

/s/ *M. Anne Kaufold-Wiggins*
M. Anne Kaufold-Wiggins
Georgia Bar No. 142239
awiggins@balch.com
Hugh Peterson III
Georgia Bar No. 574212
hpeterson@balch.com
Brittany Temple
Georgia Bar No. 627292
btemple@balch.com
Patrick Silloway
Georgia Bar No. 971966
psilloway@balch.com
**BALCH & BINGHAM LLP**
30 Ivan Allen Jr. Blvd. N.W., Suite 700
Atlanta, Georgia 30308
Telephone: (404) 261-6020
Facsimile: (404) 261-3656
Edwin Schwartz
Georgia Bar No. 631037
**SWEETNAM, SCHUSTER & SCHWARTZ LLC**
1050 Crown Pointe Parkway, Suite 500
Atlanta, Georgia 30338
Telephone: (470) 395-7842
eschwartz@sweetnamlaw.com

*Attorneys for Defendants Georgia Renewable Power, LLC and GRP Franklin, LLC d/b/a GRP Franklin I, LLC*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this the 25th day of October, 2023, a copy of the foregoing has been served via statutory electronic service as follows:

Michael D. McRae
Virginia Barrow Harman
Jason B. Sanker
John F. Lee Niedrach
Linton S. Johnson, III
**McRAE, SMITH, PEEK, HARMAN & MONROE, LLP**
111 Bridgepoint Plaza, Suite 300
Rome, Georgia 30161
mmcrae@msp-lawfirm.com
vharman@msp-lawfirm.com
jsanker@msp-lawfirm.com
lniedrach@msp-lawfirm.com
ljohnson@msp-lawfirm.com

David A. Dial
Stephen J. Rapp
**WEINBERG, WHEELER, HUDGINS, GUNN & DIAL, LLC**
3344 Peachtree Road, Suite 2400
Atlanta, Georgia 30326
ddial@wwhgd.com
srapp@wwhgd.com

*/s/ M. Anne Kaufold-Wiggins*
M. Anne Kaufold-Wiggins
Georgia Bar No. 142239